UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TROY LYNN SPENCER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:16-CV-648 JAR |
| CHRIS KOSTER, et al., | ) ) ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion is therefore denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 10] is **DENIED**.

Dated this 22nd day of July, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE